# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

                Plaintiff,

      -vs-                                 **Case No. 12-C-399**

**MARKO CVETKOVIC,**

                Defendant.

---

## DECISION AND ORDER

---

On March 13, the Court entered judgment revoking Marko Cvetkovic's citizenship. Subsequently, Mr. Cvetkovic and his father each submitted letters urging reconsideration. ECF Nos. 16, 17. To the extent that these letters can be construed as motions to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e), they are **DENIED**.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2013.

                                        **BY THE COURT:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**